BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
NOV 20 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID SCHELL and <br> TERI SCHELL <br><br> Defendants. | CASE NO. 2:14-cr-0325 JAM <br><br> 21 U.S.C. §§ 846 and 841(a)(1) – Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute Marijuana; 21 U.S.C. § 841(a)(1) – Manufacture of Marijuana; 21 U.S.C. § 841(a)(1) – Distribution of Marijuana; 21 U.S.C. § 853(a) – Criminal Forfeiture |

# INDICTMENT

**COUNT ONE:** [21 U.S.C. §§ 846 and 841(a)(1) – Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute Marijuana]

The Grand Jury charges: T H A T

DAVID SCHELL and
TERI SCHELL,

defendants herein, between on or about October 21, 2014, and continuing through on or about November 6, 2014, in the County of Butte, State and Eastern District of California, and elsewhere, did knowingly and intentionally conspire and agree with each other and with other persons unknown to the Grand Jury to manufacture, distribute, possess with intent to distribute, and export marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

///

///

INDICTMENT                                1

1  COUNT TWO: [21 U.S.C. § 841(a)(1) – Manufacture of Marijuana]

2      The Grand Jury further charges: T H A T

3                      DAVID SCHELL and
4                        TERI SCHELL,

5  defendants herein, between on or about October 23, 2014, and on or about November 6, 2014, in the

6  County of Butte, State and Eastern District of California, did knowingly and intentionally manufacture

7  at least 50 plants of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States

8  Code, Section 841(a)(1).

9  COUNTS THREE THROUGH ELEVEN : [21 U.S.C. §§ 841(a)(1) and 846 – Distribution of Marijuana]

10

11     The Grand Jury further charges: T H A T

12                       DAVID SCHELL

13 defendant herein, on or about October 21, 2014, in the County of Butte, State and Eastern District of

14 California, did knowingly and intentionally attempt to distribute and distribute a mixture and substance

15 containing marijuana, a Schedule I Controlled Substance:

| Count | Named Recipient | City of Recipient's Address |
|---|---|---|
| 3 | J.A. | Houston, Texas |
| 4 | C.H. | Moore, Oklahoma |
| 5 | C.A. | Kennesaw, Georgia |
| 6 | E.D. | Durham, North Carolina |
| 7 | C.N. | Norwood, Massachusetts |
| 8 | T.B. | Ann Arbor, Michigan |
| 9 | L.T. | Saint Augustine, Florida |

| 10 | P.G. | Ruskin, Florida |
|---|---|---|
| 11 | A.B. | Rochester, New York |

in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

    1.    Upon conviction of one or more of the offenses alleged in Counts One through Eleven, defendants DAVID SCHELL and TERI SCHELL shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

    a.    All right, title, and interest in any and all property involved in violations of Title 21, United States Code, Sections 841(a)(1), or conspiracy to commit such offenses, for which defendants are convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

    b.    A sum of money equal to the total amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, for which defendants are convicted.

    2.    If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Eleven of this Indictment, for which defendants are convicted:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

///

///

///

INDICTMENT    3

1   it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek
2   forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

_____
BENJAMIN B. WAGNER
United States Attorney

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

David SCHELL
Terri SCHELL

## I N D I C T M E N T

**VIOLATION(S):**  21 U.S.C. §§ 846, 841 (a) (1); 21 U.S.C. § 843(b); 21 U.S.C. §953
21 U.S.C. §853(a)

*A true bill,*

/s/ Signature on file w/AUSA

_____
*Foreman.*

*Filed in open court this* ___20___ *day*

*of* __November__, A.D. 20 14

_____
*Clerk.*

Bail, $ _____          **NO PROCESS NECESSARY**

_____

GPO 863 525                      Carolyn K. Delaney
                                 U.S. Magistrate Judge

**United States v. Schell et al.**
**Penalties for Indictment**

**Defendants**
**DAVID SCHELL AND TERI SCHELL**

**COUNT 1:**         David Schell and Teri Schell

VIOLATION:      21 U.S.C. §§ 846 and 841(a)(1) – Conspiracy to manufacture, distribute and to possess with intent to distribute a mixture containing marijuana

PENALTIES:      Maximum of 20 years in prison and fine of up to $1,000,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**         David Schell and Teri Schell

VIOLATION:      21 U.S.C. § 841(a)(1) – manufacture of at least 50 plants of marijuana

PENALTIES:      Maximum of 20 years in prison
fine of up to $1,000,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 3 THROUGH 11:**         David Schell

VIOLATION:      21 U.S.C. 841(a)(1) – Distribution of Marijuana

PENALTIES:      Maximum of 20 years in prison
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of up to 3 years

Supervised release of up to 3 years

**FORFEITURE ALLEGATION:**   David Schell and Teri Schell

VIOLATION:      21 U.S.C. § 853(a) - Criminal Forfeiture
18 U.S.C. § 934(d)(1),  28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:      As stated in the charging document